MERRICK v. SUPERIOR COURT FOR THE CITY AND
COUNTY OF SAN FRANCISCO.

No. 12,311; September 7, 1887.

15 Pac. 47.

**Writ of Review—Sufficiency of Petition.**—In a petition for a writ of review, the petitioner alleged, as cause therefor, that the judge of the superior court had rendered judgment against him, when neither he nor his counsel was present, in excess of its jurisdiction, and contrary to the rule of court regarding the notice to be given when the court calendar will be taken up. Held, that the petition was insufficient.

Petition for writ of review. The petitioner, Merrick, claimed that in an action brought by one Stiles against him, commenced in a justice's court, and appealed to the superior court of San Francisco, the judge of the superior court rendered judgment against him without his counsel or himself being present in court, in excess of its jurisdiction, and contrary to a rule of said court regarding the giving of notice when the court calendar will be taken up, etc.

John J. Coffey for petitioner.

By the COURT.—The petition is insufficient, and the application for the writ of review must be denied. Ordered accordingly.